IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| TERESA ANN JOHNSON, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:16-CV-2213-M |
| | § | |
| OCWEN LOAN SERVICING LLC, | § | |
| AND WELLS FARGO BANK, | § | |
| NATIONAL ASSOCIATION, AS | § | |
| TRUSTEE FOR PARK PLACE | § | |
| SECURITIES, INC., ASSET-BACKED | § | |
| PASS-THROUGH CERTIFICATES, | § | |
| SERIES 2005-WLLI, | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated January 10, 2018, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Defendants' Motion for Summary Judgment [Dkt. No. 16] on Plaintiff Teresa Johnson's claim under the Texas Debt Collection Act, Texas Finance Code § 392.301(a)(8), on which the Court had deferred ruling, *see* Dkt. No. 41, is GRANTED.

**SO ORDERED** this 31st day of January, 2018.

                              BARBARA M. G. LYNN
                              CHIEF JUDGE